No. 98–744. LOCAL 24, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. SCHOONOVER; and

1140

No. 98–773.  CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE *v.* SCHOONOVER.  C. A. 6th Cir.  Certiorari denied. Reported below: No. 98–744, 147 F. 3d 492; No. 98–773, 49 F. 3d 219 and 147 F. 3d 492.